UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOSEPH MICHAEL BORDEN,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 5:13-cv-02130-CLS-TMP |
| **JOYCE WHITE VANCE,** | ) ) ) |
| Defendant. | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 29, 2014, recommending that this action filed pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971) be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 20). No objections have been filed to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DONE this 25th day of November, 2014.

                                           _____
                                           United States District Judge